UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

UNITED STATES OF AMERICA

v.  Case No. 3:02-cr-3-J-25HTS

MICHAEL FALLIN

2006 AUG -4 P 4: 08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Superseding Petition on Probation and Supervised Release, filed on August 1, 2006 (Dkt. 67). On August 3, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, James H. Burke, Jr., Assistant Federal Public Defender, and the government was represented by Dale Campion, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission to Allegations One, Two and Three of the Petition, the Court finds that defendant has violated the terms of supervised release as set forth in Allegations One, Two and Three of the Petition. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of sixty (60) days.

**DONE AND ORDERED** at Jacksonville, Florida, this 4 day of August, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services